*In re* IRMA E. CASIANO SANTIAGO.

*Número:* TS-10903          *Resuelto:* 15 de febrero de 2002

*Irma E. Casiano Santiago, pro se.*

## RESOLUCIÓN

Vista la moción para la reinstalación al ejercicio de la práctica de la profesión de abogado a la mayor brevedad posible, presentada por Irma E. Casiano Santiago el 17 de enero de 2002 a la luz de nuestra opinión *per curiam* de 27 de septiembre de 2001, se autoriza su reinstalación al ejercicio de la abogacía, efectivo hoy.

*Notifíquese por escrito y por la vía telefónica, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*